# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3538

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the District |
| | * | of Minnesota. |
| Robert Earl Blomberg, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: March 11, 1999

Filed: June 1, 1999

_____

Before BEAM and HEANEY, Circuit Judges, and FENNER[1], District Judge.

_____

PER CURIAM.

After a bench trial on stipulated facts, Robert Earl Blomberg was convicted of nine counts of possession of a firearm after conviction for a misdemeanor crime of domestic violence. See 18 U.S.C. § 922(g)(9). He was sentenced to twenty-four months' imprisonment and three years of supervised release.

---

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri, sitting by designation.

Blomberg appeals his conviction and sentence, arguing that the district court[2] erred in: (1) ruling that specific intent was not an element of the offense, and that advice of counsel was not a defense; (2) finding that he did not qualify for the "sporting use" sentence adjustment under U.S.S.G. § 2K2.1(b)(2); and (3) declining to apply an acceptance of responsibility adjustment to his sentence under U.S.S.G. § 3E1.1.

Having carefully reviewed the parties' arguments and submissions, we find no error of law or fact. Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota